UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LILIAN KIRAKA,

                                   Plaintiff,

                                                                                 6:18-CV-01264

v.

                                                                                  (GLS/TWD)

M & T BANK,

                                   Defendants.
_____

APPEARANCES:

LILIAN KIRAKA
Plaintiff pro se
60 Freedom Court, Apt. K
Utica, NY 13502

**THÉRÈSE WILEY DANCKS**, United States Magistrate Judge

**ORDER**

*Pro se* Plaintiff Lilian Kiraca's amended complaint (Dkt. No. 7) in her Title VII employment discrimination complaint against her former employer, Defendant M & T Bank, is before the Court for initial review pursuant to 28 U.S.C. § 1915(e)(2)(B). After reviewing the amended complaint, the Court finds that it states a claim sufficient to survive initial review, and that Plaintiff may continue to proceed with this matter *in forma pauperis*. (*See* Dkt. No. 4.) In so finding, the Court expresses no opinion as to whether Plaintiff's claims can withstand a properly filed motion to dismiss or for summary judgment.

      **WHEREFORE**, it is hereby

      **ORDERED** that the Clerk shall issue a summons and forward it, along with a copy of the amended complaint (Dkt. No. 8) and a packet containing General Order 25, which sets forth the

Civil Case Management Plan used by the Northern District of New York, to the United States Marshal for service upon Defendant M & T Bank; and it is further

**ORDERED** that a formal response to Plaintiff's complaint be filed by Defendant as provided for in the Federal Rules of Civil Procedure subsequent to service of process on Defendant; and it is further

**ORDERED** that all pleadings, motions and other documents relating to this action must bear the case number assigned to this action and be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367. **Any paper sent by a party to the Court or the Clerk must be accompanied by a certificate showing that a true and correct copy of same was served on all opposing parties or their counsel. Any document received by the Clerk or the Court which does not include a proper certificate of service will be stricken from the docket.** Plaintiff must comply with all requests by the Clerk's Office for any documents that are necessary to maintain this action. All parties must comply with Local Rule 7.1 of the Northern District of New York in filing motions. **Plaintiff is also required to promptly notify the Clerk's Office and all parties or their counsel, in writing, of any change in her address; her failure to do so will result in the dismissal of this action**; and it is further

**ORDERED** that the Clerk serve a copy of this Order and a packet containing General Order 25 on Plaintiff.

Dated: February 5, 2019
       Syracuse, New York

Thérèse Wiley Dancks
United States Magistrate Judge